IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE E. WEBB
ADC #108350 PLAINTIFF

v. No. 3:22-cv-146-DPM

BLAINE MCCLUNG, OFFICER,
CORNING POLICE DEPARTMENT DEFENDANT

ORDER

1. Webb's motions for discovery, *Doc. 4 & 5*, are denied without prejudice. Discovery requests — like interrogatories and requests for documents — should not be filed with the Court. Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he isn't represented by a lawyer). If the Defendant doesn't follow the applicable Rules of Civil Procedure in responding to a discovery request, then Webb may move to compel production.

2. Webb's embedded motion to appoint counsel, *Doc. 4*, is also denied without prejudice. This case is young. And the facts alleged are not beyond what a *pro se* litigant can handle. Appointing counsel in a civil case is an extraordinary step, which is unnecessary at this point. *Plummer v Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

D.P. Marshall Jr.
United States District Judge

6 September 2022