# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**EDDIE E. WEBB**
**ADC #108350**     **PLAINTIFF**

v.     No. 3:22-cv-146-DPM

**BLAINE MCCLUNG, OFFICER,**
**CORNING POLICE DEPARTMENT**     **DEFENDANT**

## ORDER

Counsel for the defendants has informally advised the Court that they do not oppose Webb's motion, *Doc. 11*. It is therefore granted. Webb's response, *Doc. 12*, is noted. Any reply is due within seven calendar days from today.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 September 2022