# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**EDDIE E. WEBB**                                                                     **PLAINTIFF**

**v.**                                              **No. 3:22-cv-146-DPM**

**BLAINE MCCLUNG**                                                              **DEFENDANT**

## ORDER

Webb's motion to appoint counsel, *Doc. 25*, is denied without prejudice. A civil litigant does not have a constitutional or statutory right appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 29 U.S.C. § 1915(e)(1). Webb has ably represented himself thus far; and neither the facts nor the claims are complex enough to warrant appointed counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____3 May 2023_____