# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE E. WEBB**                                                                      **PLAINTIFF**

v.                              No. 3:22-cv-146-DPM

**BLAINE MCCLUNG**                                                              **DEFENDANT**

## ORDER

**1.** Webb's motion for information, copies, and photos, *Doc. 29*, is denied without prejudice. Discovery requests—like interrogatories and requests for documents—and responses should not be filed with the Court. Instead, they should be sent directly to the Defendant's lawyer. If McClung fails to follow the applicable Rules of Civil Procedure in responding to a discovery request, Webb may move to compel production.

**2.** Webb's third motion to appoint counsel, *Doc. 30*, is also denied without prejudice. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 29 U.S.C. § 1915(e)(1); *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). The circumstances do not justify appointed counsel at this point. Webb must continue doing his best; and the Court will continue to liberally construe Webb's *pro se* filings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>3 July 2023</u>