IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDDIE E. WEBB**                                                                      **PLAINTIFF**

v.                                      No. 3:22-cv-146-DPM

**BLAINE MCCLUNG**                                                              **DEFENDANT**

## ORDER

**1.** Webb's motion for an Order, *Doc. 37*, is best construed as a motion for discovery. This motion, along with Webb's second motion for discovery, *Doc. 41*, are denied without prejudice. As the Court said in its 3 July 2023 Order:

> Discovery requests—like interrogatories and requests for documents—and responses should not be filed with the Court. Instead, they should be sent directly to the Defendant's lawyer. If McClung fails to follow the applicable Rules of Civil Procedure in responding to a discovery request, Webb may move to compel production.

*Doc. 33.*

**2.** Webb's motion to extend discovery, *Doc. 40*, is denied without prejudice as premature. The discovery deadline isn't until 25 September 2023. *Doc. 24.* He must continue doing his best to conduct discovery in the time allotted. If need be, closer to the deadline he can seek more time.

3.     Webb also asks the Court for a copy of the rules about discovery.  The Court cannot provide this assistance.  The Federal Rules of Civil Procedure are widely available.   Webb must obtain that material through another source, such as the prison law library or the internet.  His motion, *Doc. 40,* is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2023