IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE E. WEBB                                                                           PLAINTIFF

v.                                   No. 3:22-cv-146-DPM

BLAINE MCCLUNG                                                                    DEFENDANT

ORDER

In its 17 August 2023 Order, the Court intended to rule on Webb's embedded motion for more time, *Doc. 38*, but failed to do so. That motion is denied, too, without prejudice to renewal if specific facts now justify an extension.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2023