# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE E. WEBB,**                                                      **PLAINTIFF**
**ADC #108350**

v.                       **No. 3:22-cv-146-DPM**

**BLAINE MCCLUNG,**
**Officer, Corning Police Department**                   **DEFENDANT**

## ORDER

Webb's complaint will be dismissed without prejudice. *Doc. 50*; Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 January 2024