IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDDIE E. WEBB,**
**ADC #108350**                                                                          PLAINTIFF

v.                              No. 3:22-cv-146-DPM

**BLAINE MCCLUNG,**
**Officer, Corning Police Department**                                DEFENDANT

**JUDGMENT**

Webb's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 January 2024